■

PHILIP DAVIS, Respondent, v. KARL PECHTER, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

■

In the Matter of QUEENS COUNTY BAR ASSOCIATION, Petitioner. GEORGE H. BEAUBIAN, Admitted as GEORGE HENRY BEAUBIAN, an Attorney, Respondent.— The respondent is suspended from the practice of the law for a period of two years. Present — Nolan, P. J., Schmidt, Beldock and Murphy, JJ.

■

LIDO COLONY ASSOCIATION, INC., Respondent, v. SHELBOURNE-GRAND HOTEL Co., INC., Appellant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Beldock and Murphy, JJ. [See 284 App. Div. 1058.]

■

GEORGE LIEBERMAN, Doing Business under the Name of GEORGE'S SERVICE STATION, Respondent, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Beldock and Murphy, JJ. [See 284 App. Div. 1051.]

■

LILLIAN E. RAVENSCROFT, Individually and on Behalf of CLARA L. RAVENS-CROFT and Another, Similarly Situated, Appellant, v. TOWN OF MAMARONECK, Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

■

MARY K. RICE, Appellant, v. GASSIE JOHNSON et al., Defendants, and CHARLES E. KAPLAN, Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

■

DAVID RUDNICK et al., Copartners Doing Business under the Name of GANWEST GARAGE, Respondents, v. HARRY JACOBSON, as President of GARAGE WASHERS & POLISHERS UNION, LOCAL 272, A. F. of L., et al., Appellants.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Beldock and Murphy, JJ. [See 284 App. Div. 1064.]